# NO. 12-10-00192-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROYLAND EARL BLACK,*<br>*APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*

Appellant pleaded guilty to driving while intoxicated. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his trial counsel, and is supported by the record. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

**JAMES T. WORTHEN**
Chief Justice

Opinion delivered July 14, 20010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)